IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| LEE DAWN JEFFS, | : | |
| | | Court No. 2:12-CV-00251-RJS |
| Plaintiff, | : | |
| | | ORDER RE: DEFENDANT'S MOTION |
| vs. | : | FOR REMAND |
| | | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security, | | |
| | : | |
| Defendant. | | |

AND NOW, this 9th day of May, 2013, upon consideration of Defendant's Motion to Remand, and good cause appearing therefor, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g),[1] and REMANDS the cause to the Commissioner for further administrative proceedings, as follows:

On remand, the Appeals Council will remand the matter to an Administrative Law Judge ("ALJ"). The Appeals Council will direct the ALJ to give the claimant an opportunity for a new hearing and a new decision; for reassessment of the claimant's maximum residual functional capacity with citation to the specific evidence in support of the assessed limitations; reevaluation of the medical and other opinion evidence; further evaluation of whether the claimant can perform her past relevant work; and if necessary, to obtain vocational expert evidence on

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

whether the claimant can make an adjustment to other work that exists in significant numbers in the national economy with her assessed residual functional capacity.

Accordingly, it is ordered that this case is reversed and remanded for further proceedings under sentence four of 42 U.S.C. § 405(g).

BY THE COURT:

ROBERT J. SHELBY
United States District Judge